### ROSE et al. v. GREAK.

### No. 3733.

Court of Civil Appeals of Texas. Beaumont.

Aug. 28, 1940.

Wood, Morrow; Gresham & McCorquodale, of Houston, for appellants.

Thos. A. Wheat and Chap B. Cain, both of Liberty, for appellee.

COMBS, Justice.

On motion of the parties this cause is dismissed. This order is subject to payment of costs of this appeal, which are taxed against appellants.